**FRANK REMINGTON**
**CIRCUIT COURT, BR 8**

State of Wisconsin Circuit Court Dane County

Shawn D. Jones, )
Prairie Du Chien Correctional Inst. )
P.O Box 9900 )
Prairie Du Chien, WI 53821 ) **FILED**
 )
vs.                Plaintiff, ) JUL 24 2018            **18CV1974**
※ Dr. Burton Cox )
prairie Du Chien Correctional Inst. ) DANE COUNTY CIRCUIT COURT    Summons
500 E. Parrish )
Prairie Du Chien, WI 53821 ) **RECEIVED**
            Defendant )
                                    JUN 21 2018

The State of Wisconsin: To each person named above as a Defendant:     DANE COUNTY CIRCUIT COURT

   You are hereby notified that the plaintiff, Shawn D. Jones above has filed a lawsuit or other legal action against you.

   The complaint, which is attached, states the nature and basis of the legal action. Within (20) (45) day of receiving this summons, you must respond with a written answer, as that term is used in chapter 802 of the Wisconsin statutes, to the complaint.

   The court may reject or disregard an answer that does not follow the requirement of the statutes. The answer must be sent or delivered to court, whose is 215 South Hamilton Street Madison, WI 53704, and to Plaintiff whose is P.O Box 9900 Prairie Du Chien, WI 53821 you may have an attorney help or represent you.

   If you do not provide a proper answer within (20) (45) days, the court may grant judgment against you for the award of money or other legal action requested in the complaint, and you may lose your right to object to anything that is or may be incorrect in the complaint. Judgment may be enforced as provided by law. A judgment awarding money may become a lien against any real estate you own now or in the future, and may also be enforced by garnishment or seizure of property.

This dated __1ᵗʰ__ day of __June__ 2018

                                    Respectfully Submitted,

                                    Shawn Jones

                                    SHAWN D. JONES

EXHIBIT 1 - 001

FRANK REMINGTON
CIRCUIT COURT, BR 8

State of Wisconsin Circuit Court Dane County

Shawn D. Jones, ) Case No.:
Prairie Du Chien Correctional Inst. )
P.O Box 9900 )
Prairie Du Chien, WI 53821 )
        Plaintiff, )
vs. )
Dr. Burton Cox )
prairie Du Chien Correctional Inst. )
500 E. Parrish )
Prairie Du Chien, WI 53821 )
        Defendant )

FILED
JUL 24 2018
DANE COUNTY CIRCUIT COURT

Medical Malpractice
30103

18CV1974

## Introduction

Shawn D. Jones, come before this court, who is representing himself, filed a medical malpractice claim under Wisconsin State Law and also under Wisconsin State Constitution and seeks money damages against, Dr. Burton Cox, alleging inadequate treatment, and also fail to give necessary medication, prescribing inappropriate medication and failure to act on medical recommendation to treat inflammation of scalp and also pruritus (sensory nerve endings) seems out of proportion to skin and histologic findings.

Wisconsin law defines medical malpractice as the failure of a medical professional to exercise that degree of care and skill which is exercised by the average practitioner in the class to which he belongs, acting in the same or similar circumstances.

Under Wisconsin law, medical malpractice claims, which are a subset of negligence claims, require expert testimony to establish the standard of care unless the situation is one where the common knowledge of laymen affords a basis for finding negligence. Malpractice may consist in a lack of skill or care in diagnosis as well as in treatment.

**Plaintiff,** Shawn D. Jones is at all times mentioned herein a prisoner in the State of Wisconsin and is currently confined in Wisconsin State prison, in Prairie Du Chien, Wisconsin.

**Defendant,** Burton Cox, is Advanced Care Provider at Prairie Du Chien Correctional Institution, presiding over medical care for all prisoners at Prairie Du Chien Correctional. Who, at all times is mentioned is this complaint.

Page 1 of 6

EXHIBIT 1 - 002

*Fact*

*At all time relevant to this case, Shawn D. Jones with ongoing medical conditions regarding itching of his scalp and also diagnosed with a medical conditions of tinea. And has been prescribed several medication to treat medical conditions of tina.*

*Mr. Jones complained several times to Medical Staff about the itching of his scalp and pain, and headaches and also that he have some hair loss from the medications of clobetasol.*

*Then Medical staff referred Mr. Jones to Dr. Cox who told him that there was nothing he could do about the itching or hair loss. Then Dr. Cox referred Mr. Jones to the dermatologist at Gundersen Health System.*

**On February 13, 2018,** *Mr. Jones was seen by the dermatologist, on that day dermatologist took a small piece of the skin from his scalp to identify the cause of the itching of his scalp and Mr. Jones told the dermatologist that medication of clobetasol that Dr. Cox has prescribed wasn't working to treat the itching of his scalp and also that he have some hair los from the medication of clobetasol. The dermatologist then discontinued the medication of clobetasol.*

**In the dermatologist report,** *it is noted that Mr. Jones has some pityrosporum type yeast present on top of scalp.*

**On April 12, 2018,** *Mr. Jones had followed up with the dermatologist regarding itching of his scalp. Dermatologist information Mr. Jones that he has inflammation of scalp and also Pruritus (sensory nerve endings) seems out of proportion to skin and histologic finding.*

**In the dermatologist report,** *it is noted that dermatologist recommendation is medication to treat inflammation of scalp with medication of Fluocinolone oil twice daily, Ketoconazole shampoo daily as needed and also haircuts every two weeks. And also benefit from gabapentin 100 mg tid to treat Pruritus(sensory nerve endings) seems out of proportion to skin and histologic finding.*

Page 2 of 6

EXHIBIT 1 - 003

*Dermatologist also told Mr. Jones that by him keep his hair low, won't irritate the sensory nerve endings and also medication to work better down into his scalp.*

*Dermatologist also told Mr. Jones that stress can cause itching. Dermatologist suggested that Jones think of ways to reduce the tension in his life.*

*Dr. Cox failure to act on medical recommendation to treat pruritus (sensory nerve endings) seems out of proportion to skin and histologic findings and inflammation of scalp and also failure to provide prescribed appropriate medication.*

*Dr. Cox reorder the same medication of clobetasol that he was prescribed before Mr. Jones was seen by the dermatologist. Dr. Cox refuse to seeking approval of the medication of Fluocinolone oil non- formulary .*

*May 4 2018, Mr. Jones was seen by Dr. Cox about itching, pain, headaches and for some hair loss. Dr. Cox told Jones that there was nothing he could do about the itching or pain. But Dr. Cox told him that he can prescribe medication of Betameth Val lotion and also he can use muscle rub for the pain. Jones replied " where do they do that at"? But then Dr. Cox discontinued the clobetasol again.*

*And Dr. Cox Failure to inquire further into Mr. Jones severe pain and headaches when it comes to sensory nerve endings and some hair loss is a serious dermatological problem of scalp .*

*Dr. Cox is making medical conditions worse by not treating both the inflammation of scalp and pruritus (sensory nerve endings) seems out of proportion to skin and histologic findings.*

*Mr. Jones treatment despite his reports to Dr. Cox that medication was not working and his condition was worsening by continuing to scratch causing some hair loss.*

*Mr. Jones itchiness lasts long periods of time and can be intense and scratching of scalp, it gets itchier, and the more it itches, the more Mr. Jones scratching can damage his scalp or cause infection.*

Page 3 of 6

EXHIBIT 1 - 004

*Itching skin can affect the quality of Jones life. Prolonged itching and scratching may increase the intensity of the itch, possibly leading to skin injury, infection, and scarring.*

*Damage to the sensory nerve causes a wide range of symptoms because of the amount of function performed by the nerve. A sensory nerve, also an afferent nerve, is a nerve that carries sensory information toward the central nervous system.*

*Dr. Cox denied medical recommendation of haircuts because Prairie Du Chien Institution's expense when medical condition, since prisoner cannot obtain their own medical services the constitution requires prison authorities to provide them with reasonably adequate medical care. The fact that the care may be expensive does not excuse prison officials from providing it.*

*Dr. Cox failure to follow DAI policy 500.30.02 Section V. (J) (1) (2) (3) is stated that if the DOC ACP write order is significantly different than the recommendation of consultant or does not follow the recommendation, a DOC -3528 Change of Consultant recommendation shall be completed and forward to the specialty consultant, especially if it involves a significant recommendation or changes in medication.*

*Under the Eighth Amendment, "prison officials must ensure that inmates receive adequate food, clothing, shelter, and medical care, and must take reasonable measures to guarantee the safety of the inmates."' Farmer v. Brennan, 511 U.S. 825, 832, 114 S. Ct. 1970, 128 L. Ed. 2d 811 (1994) (quoting Hudson v. Palmer, 468 U.S. 517, 526-27, 104 S. Ct. 3194, 82 L. Ed. 2d 393 (1984)). Prisoners are entitled to an environment that does not threaten their mental and physical-well being.*

*It seems to Jones when Dr. Cox referred him to the dermatologist, that Dr. Cox was conceding that his own judgment is not sufficient to address his medical condition, and if he disregard the dermatologist direction, he should at a minimum be required to provide a convincing explanation for his choice, and not merely to label the matter as a difference of medical opinion. Misdiagnosis or non-diagnosis resulting from failure to exercise ordinary knowledge, and skills.*

Page 4 of 6

EXHIBIT 1 - 005

Fact that Dr. Cox can not explain to Mr. Jones why he doesn't fit the criteria for the medication of gabapentin that the dermatologist recommended to treat sensory nerve ending. **When Jones asking for a second opinion, Jones was denied that right to second opinion.**

### CONCLUSION

It defeats the purpose of sending Mr. Jones to the dermatologist if Dr. Cox not go to act on the recommendation of the dermatologic. Mr. Jones won't know what the outcomes would be if Dr. Cox carry out recommendation of the dermatologist to treat sensory nerve endings and inflammation of scalp.

Mr. Jones has no plain, adequate or complete remedy at law/to redress the wrongs described herein. Mr. Jones has been and will continue to be denial proper treatment by the conduct of Dr. Cox and unless this court grants the Jones injunctive to provide proper treatment.

Mr. Jones respectfully requests that this honorable court remand this case for a hearing to clear ambiguities on the record that have not been adequately resolved regarding his medical treatment, lack of understanding, and clear denial of inadequate treatment, and Dr. Cox failure to carry out medical recommendation of dermatologist to treat his medical conditions of sensory nerve and inflammation of his scalp.

Jones Declares Under Penalty Of Perjury That the Foregoing Is True and Correct.

This dated __18__ day of __June__ 2018.

Respectfully Submitted,

*Shawn Jones*

Shawn D Jones

DEPARTMENT OF CORRECTIONS
Division of Adult Institutions
DOC-400 (Rev. 4/2018)

WISCONSIN
Administrative Code
Chapter DOC 310

# INMATE COMPLAINT

**OFFICE USE ONLY**

| DATE RECEIVED | COMPLAINT CODE | COMPLAINT FILE NUMBER |
|---|---|---|
| APR 1 7 2018 | 04 | PDCI-2018-8738 |

**INSTRUCTIONS FOR INMATE:**
- Complete **ALL** sections of this form
- You MUST use a DOC-400B, if additional space is needed.
- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print **clearly**, illegible forms will not be processed. See reverse side for more information.

| INMATE NAME | DOC NUMBER | HOUSING UNIT | FACILITY |
|---|---|---|---|
| Shawn D. Jones | 258533 | A | Prairie Du Chien |

| LOCATION OF INCIDENT | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|
| HSU | 4-16-18 | |

**ANSWER THE FOLLOWING QUESTIONS IN THE SPACES PROVIDED:**

Briefly state who or what is the **ONE** issue, of this complaint. What remedial action are you requesting?

I been denied proper medical care. I want a second medical opinion

With whom did you attempt to resolve your **ONE** issue, and what was the result of this attempt, prior to submitting this complaint? Send any documentation you have, that supports your attempt to resolve your claims.

Ms. Bartels / No result

What are the details surrounding this complaint?

On April 12, 18 seen Dermatologist. diagnosed me with inflamed of scalp and some nerve imbalance. Dermatologist recommendation was medication to treated nerve imbalance and scalp. Also haircuts every 2-weeks so medication can work down in scalp because hair is thick. DR Cox denied all of the Dermatologist recommedation. It defeats the purpose sending me to the Dermatologist. If DR Cox not go to followed the recommedation

| SIGNATURE OF INMATE | DATE SIGNED |
|---|---|
| Shawn Jones | 4-16-18 |

DISTRIBUTION: Original – ICTS File, Official Record – Designated CCE Office File

EXHIBIT 1 - 007

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-401 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE REPORT
# COMPLAINT NUMBER PDCI-2018-8738
### * * * ICRS CONFIDENTIAL * * *

**To:** JONES, SHAWN D. - #258533
UNIT: U7U7 -- _418_D
PRAIRIE DU CHIEN CORRECTIONAL INSTITUTION
PO BOX 9900
Prairie du Chien, WI 53821-

## Complaint Information:

| | | |
|---|---|---|
| Date Complaint Acknowledged: | 04/17/2018 | Inmate Contacted? No |
| Date Complaint Received: | 04/17/2018 | |
| Subject of Complaint: | 4 - Medical | |
| Person(s) Contacted: | HSM Bartels | |
| Document(s) Relied Upon: | HSRs; Dermatological Consult Report; DOC-3023 | |
| Brief Summary: | Complains he was denied proper medical care. | |

Summary of Facts:

Inmate Jones writes he had seen a dermatologist on 04-12-18 who diagnosed an inflamed scalp and some nerve imbalance and recommended medication to treat nerve imbalance and scalp along with haircuts every 2 weeks. He complains Dr. Cox denied all of the dermatologist's recommendations.

HSM Bartels was contacted. She reviewed inmate Jones's medical chart and reports the following:

Inmate Jones and an off-site consult with a dermatologist regarding scalp itching. The dermatologist recommended fluocinolone oil twice daily, ketoconazole shampoo daily as needed and a haircut every two weeks. The dermatologist also wrote "pruritus seems out of proportion to skin and histologic findings. May benefit from gabapentin 100mg tid."

Inmate Jones already has an order for ketoconazole shampoo which Dr. Cox renewed for one year. The fluocinolone is a non-formulary medication. Dr. Cox ordered clobetasol to try prior following protocol for seeking approval of the fluocinolone. The order for a haircut every 2 weeks has been sent to the Special Needs Committee to review and decide. As to the mention of trying gabapentin - HSM Bartels has notified inmate Jones that he does not meet criteria for this medication.

Though the complainant says he is being denied appropriate care, it is clear from the record no such denial is, nor has taken place. He has and continues to be seen by medical staff concerning his problems, and there is no reason to believe his needs are not being met. The complainant has made it clear he is not satisfied with the care being offered to date, but what type of specific care or treatment must be offered is a matter of professional medical judgment. Those judgments have been made as they relate to the complainant's concerns

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-401 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE REPORT
# COMPLAINT NUMBER PDCI-2018-8738
# *** ICRS CONFIDENTIAL ***

and through the filing of this complaint, they will also be reviewed by others in the Bureau of Health Services. Under these circumstances, the ICE has no reason to believe the care and treatment offered is not adequate to the demonstrated need. In coming to this determination, this Examiner relied upon the responses, documentation and professional judgment of the health care staff as noted above. Examiner recommends that the complaint be dismissed.

ICE Recommendation: Dismissed

Recommendation Date: 04/23/2018

*M. Mathson* (signature)

M. Mathson - Institution Complaint Examiner

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

*The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.

| | |
|---|---|
| DEPARTMENT OF CORRECTIONS<br>Department of Adult Institutions<br>DOC-403 (Rev. 04/18) | WISCONSIN<br>Administrative Code<br>Chapter DOC 310 |

## REVIEWING AUTHORITY'S DECISION
## COMPLAINT NUMBER PDCI-2018-8738
## *.* * ICRS CONFIDENTIAL * * *

**To:** JONES, SHAWN D. - #258533
UNIT: U7U7 -- _418_D
PRAIRIE DU CHIEN CORRECTIONAL INSTITUTION
PO BOX 9900
Prairie du Chien, WI 53821-

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 04/17/2018 |
| Date Complaint Received: | 04/17/2018 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Complains he was denied proper medical care. |
| ICE's Recommendation: | Dismissed |
| Reviewer's Decision: | Dismissed |
| Reason(s) for Decision: | The MD has reviewed recommendations and determined the patient does not currently meet criteria for Gabapentin. Fluosinolone is a non-formulary medication. The pt. has been advised to use Clobetasol ordered for scalp condition. |
| Decision Date: | 04/30/2018 |

*[signature]*

L. Alsum - Reviewing Authority

CC:
    **Distributed via email**
    Bartels, M

A complainant dissatisfied with a decision may, within 14 days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC-405 (DOC 310.12, Wis. Adm. Code).

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

*The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.

DEPARTMENT OF CORRECTIONS
Office of the Secretary
DOC-405 (Rev. 4/2018)

WISCONSIN
Administrative Code
Chapter DOC 310

# INMATE COMPLAINT APPEAL

**INSTRUCTIONS: COMPLETE ALL SECTIONS OF FORM.**

- Do not use a highlighter or marker on this form. Do not staple or tape this form.
- The form may be returned to you if you submit an incomplete form or if you do not follow the instructions.
- Print clearly, illegible forms will not be processed. See reverse side for more information.
- Rejected complaints can only be appealed to the appropriate Reviewing Authority. Their decision is final.
- Submitted documentation will not be returned.
- You must use a DOC-400B if additional space is needed.
- Keep the copy of this request for your records and send the original, in a sealed envelope via US Mail, to:

CORRECTIONS COMPLAINT EXAMINER
DEPARTMENT OF CORRECTIONS
PO BOX 7925
MADISON, WI 53707-7925

[Stamp: WI Dept. of Corrections MAY 0 9 2018]

| INMATE NAME | DOC NUMBER | FACILITY | DOC COMPLAINT FILE NUMBER |
|---|---|---|---|
| Shawn D. Jones | 258563 | KMCI | 2018-8738 |

**STATE BRIEFLY WHY YOU ARE NOT SATISFIED WITH THE ACTION OF THE APPROPRIATE REVIEWING AUTHORITY.**

I was denied right to receive proper medical care when Dr. Cox could not identify the cause within me. Because the fluocinolone oil is a non-formulary medication DR. Cox re-ordered elobetosol to try prior following protocol for seeking approval of the fluocinolone. And denied right to be treated for Pruritus because not of Pruritus to Skin and histolosic fullness and because Dr. Cox state I do not meet criteria for Gabapentin. Also I believe that the DAI Policy # 500.30.02 section v (5)(2)(2)(3) was not been followed and also I believe MY right to adequate medical care has been violated under the Eight Amendment.

SIGNATURE OF INMATE
Shawn Jones

DATE SIGNED
5-6-18

DISTRIBUTION: Original – ICTS File; Official Record – Designated CCE Office File

**EXHIBIT 1 - 011**

DEPARTMENT OF CORRECTIONS  
Department of Adult Institutions  
DOC-404 (Rev. 04/18)

WISCONSIN  
Administrative Code  
Chapter DOC 310

# CCE REPORT
## COMPLAINT NUMBER PDCI-2018-8738
### * * * ICRS CONFIDENTIAL * * *

**To:** JONES, SHAWN D. - #258533  
UNIT: U7U7 -- _418_D  
PRAIRIE DU CHIEN CORRECTIONAL INSTITUTION  
PO BOX 9900  
Prairie du Chien, WI  53821-

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 05/09/2018 |
| Date Appeal Received: | 05/09/2018 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Complains he was denied proper medical care. |
| Method of Disposition: | Review on Record? Yes          Investigation? No |
| Document(s) Relied Upon: | Complaint, HSRs, related medical documentation, appeal |
| CCE's Recommendation: | Dismissed |
| | The institution's decision was reasonable. This was reviewed and decided by the BHS Nursing Coordinator. On appeal, the inmate provided no evidence to support a recommendation to overturn the decision. Therefore, it is recommended this appeal be dismissed. |
| Recommendation Date: | 05/10/2018 |

E. Davidson - Corrections Complaint Examiner

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

*The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.

**EXHIBIT 1 - 012**

DEPARTMENT OF CORRECTIONS  
Department of Adult Institutions  
DOC-403 (Rev. 04/18)

**WISCONSIN**  
Administrative Code  
Chapter DOC 310

# OFFICE OF SECRETARY DECISION
# COMPLAINT NUMBER PDCI-2018-8738
### * * * ICRS CONFIDENTIAL * * *

**To:** JONES, SHAWN D. - #258533  
UNIT: U7U7 -- _418_D  
PRAIRIE DU CHIEN CORRECTIONAL INSTITUTION  
PO BOX 9900  
Prairie du Chien, WI 53821-

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 05/09/2018 |
| Date Appeal Received: | 05/09/2018 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Complains he was denied proper medical care. |
| OOS Decision: | Dismissed |
| Decision Comments: | The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 05/10/2018 in the above appeal: <br><br> The attached Corrections Complaint Examiner's recommendation to DISMISS this appeal is accepted as the decision of the Secretary. |
| Decision Date: | 05/22/2018 |

*[signature]*

C. O'Donnell - Office of the Secretary

---

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

*The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.

---

Print Date: May 22, 2018      Page 1 of 1      Office of the Secretary  
** ICRS CONFIDENTIAL **

**EXHIBIT 1 - 013**

| | |
|---|---|
| DEPARTMENT OF CORRECTIONS<br>Department of Adult Institutions<br>DOC-401 (Rev. 04/18) | WISCONSIN<br>Administrative Code<br>Chapter DOC 310 |

# ICE REPORT
## COMPLAINT NUMBER PDCI-2018-11345
### * * * ICRS CONFIDENTIAL * * *

**To:** JONES, SHAWN D. - #258533
UNIT: U7U7 -- _418_D
PRAIRIE DU CHIEN CORRECTIONAL INSTITUTION
PO BOX 9900
Prairie du Chien, WI  53821-

**Complaint Information:**

| | | |
|---|---|---|
| Date Complaint Acknowledged: | 05/22/2018 | Inmate Contacted? No |
| Date Complaint Received: | 05/22/2018 | |
| Subject of Complaint: | 4 - Medical | |
| Person(s) Contacted: | HSM Bartels | |
| Document(s) Relied Upon: | DOC-3001s; Consultation Reports; DOC-3023s; HSR | |
| Brief Summary: | Complains haircuts were denied by Dr. Cox and the Special Needs Committee. | |
| Summary of Facts: | Inmate Jones complains Dr. Cox and the Special Needs Committee have denied him haircuts.<br><br>HSM Bartels was contacted, reviewed inmate Jones's medical file and reports the following:<br><br>On 02-13-18 and again on 04-12-18 inmate Jones had dermatology consultations and one of the dermatologist's recommendations was a haircut every 2 weeks. Dr. Cox reviewed the dermatologist's consultation report and referred the haircuts to the Special Needs Committee. The DOC-3758 states inmate Jones's bi-weekly haircuts at PDCI expense were denied as this type of request is outside the scope of the committee.<br><br>On 05-15-18 inmate Jones submitted an HSR regarding the haircuts recommended by the dermatologist. This HSR was forwarded to Dr. Cox who saw inmate Jones on 05-16-18 for a chronic care clinic. Dr. Cox was made aware of this issue and did not write any additional orders.<br><br>In conclusion, inmate Jones is not being denied haircuts. Inmates at PDCI have to opportunity to have one haircut a month free of charge. Additional haircuts may be requested but will cost $1.50/ea. In coming to this determination, this Examiner relied upon the responses, documentation and professional judgment of the health care staff as noted above. Examiner recommends that the complaint be dismissed. | |
| ICE Recommendation: | Dismissed | |
| Recommendation Date: | 05/24/2018 | |

**EXHIBIT 1 - 014**

DEPARTMENT OF CORRECTIONS  
Department of Adult Institutions  
DOC-401 (Rev. 04/18)

WISCONSIN  
Administrative Code  
Chapter DOC 310

# ICE REPORT
## COMPLAINT NUMBER PDCI-2018-11345
### * * * ICRS CONFIDENTIAL * * *

*M. Mathson* (signature)

M. Mathson - Institution Complaint Examiner

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

*The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-403 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# REVIEWING AUTHORITY'S DECISION
# COMPLAINT NUMBER PDCI-2018-11345
# * * * ICRS CONFIDENTIAL * * *

**To:** JONES, SHAWN D. - #258533
UNIT: U7U7 -- _418_D
PRAIRIE DU CHIEN CORRECTIONAL INSTITUTION
PO BOX 9900
Prairie du Chien, WI 53821-

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 05/22/2018 |
| Date Complaint Received: | 05/22/2018 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Complains haircuts were denied by Dr. Cox and the Special Needs Committee. |
| ICE's Recommendation: | Dismissed |
| Reviewer's Decision: | Dismissed |
| Decision Date: | 05/25/2018 |

*L. Alsum* (signature)

L. Alsum - Reviewing Authority

CC:
**Distributed via email**
Bartels, M

A complainant dissatisfied with a decision may, within 14 days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC-405 (DOC 310.12, Wis. Adm. Code).

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

*The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.

CRAWFORD COUNTY SHERIFF
Prairie du Chien, WI
Person Served __MANDY  M.__
Address Served _____
Date __8/20/18__ Time __12:45__ AM/PM
Served By __S. Wagner__
Deputy Sheriff

**RECEIVED**

AUG 13 2018

CRAWFORD COUNTY
SHERIFF'S OFFICE
PRAIRIE DU CHIEN, WI

**EXHIBIT 1 - 017**