IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

SHAWN D. JONES,

    Plaintiff,

v.                                    Case No. 18CV0834

BURTON COX,

    Defendant.

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that the Defendant substitutes as his attorneys of record in this action Katherine C. Polich and Laure Rakvic-Farr, Assistant Attorneys General, in place of Shannon A. Conlin. Defendant requests that service of all discovery and correspondence be made upon Assistant Attorneys General Polich and Rakvic-Farr as counsel of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857. All other papers should be served through the Court's CM/ECF system.

Dated this 8th day of May, 2019.

                                              Respectfully submitted,

                                              JOSHUA L. KAUL
                                              Attorney General of Wisconsin

        s/Laure Rakvic-Farr
        LAURE RAKVIC-FARR
        Assistant Attorney General
        State Bar #1049540

        KATHERINE C. POLICH
        Assistant Attorney General
        State Bar #1065796

        Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0323 (Rakvic-Farr)
(608) 267-7163 (Polich)
 (608) 267-8906 (Fax)
rakvic-farrlc@doj.state.wi.us
PolichKC@doj.state.wi.us