IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHAWN D. JONES,

                Plaintiff,                                ORDER

v.

                                                    18-cv-834-wmc

BURTON COX,

                Defendant.

---

*Pro se* plaintiff Shawn Jones is proceeding in this lawsuit against defendant Dr. Burton Cox on Eighth Amendment deliberate indifference and Wisconsin negligence claims related to how Cox handled his scalp issues. On April 17, 2020, defendant filed a motion to compel plaintiff to provide defendant with a signed medical information authorization, or, in the alternative, to dismiss this case. (Dkt. #14.) In a declaration attached to the motion, a paralegal for defense counsel explains that plaintiff has not responded to a request for production of documents, nor has he provided defendant a signed medical authorization form. (Dkt. #15.) The court set May 1, 2020, as plaintiff's deadline to oppose the motion. However, that deadline has passed and plaintiff has failed to oppose the motion, nor has he sought an extension or otherwise provided the court with an indication that he plans to oppose the motion. Plaintiff's failure to respond to defendant's motion suggests that he may have lost interest in pursuing this case and no longer intends to prosecute it.

Plaintiff will receive *one* more opportunity to submit a substantive response to defendant's motion or to file the signed medical information authorization. If he does neither by the new deadline, the court will dismiss this case with prejudice under Rule 41 of the Federal Rules of Civil Procedure for his failure to prosecute.

ORDER

IT IS ORDERED that plaintiff Shawn Jones may have until **June 2, 2020,** to file a response to defendant's motion or to a signed medical information authorization. **If plaintiff does neither by that date, the court will dismiss this case with prejudice under Federal Rule of Civil Procedure 41(b) for plaintiff's failure to prosecute it.**

Entered this 12th day of May, 2020.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge