IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHAWN D. JONES,

                Plaintiff,                Case No. 18-cv-834-wmc

    v.

BURTON COX,

                Defendant.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing with prejudice this case pursuant to Federal Rule of Civil Procedure 41(b).

    /s/                                                                         8/11/20
Peter Oppeneer                                                         Date
Clerk of Court